IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02077-RPM

VAIL DOVER ASSOCIATES, LLC,

    Plaintiff,

v.

THE WEITZ COMPANY, LLC,

    Defendant.

_____

ORDER ON DEFENDANT'S MOTION TO DISMISS OR STAY
_____

    Pursuant to the hearing held today on the defendant's motion to dismiss or stay pending alternative dispute resolution and the defendant having withdrawn the motion to dismiss and the Court having determined that, with the exception of pleadings necessary to join the issues in this case, the action should be stayed for 60 days pursuant to the mediation provision in the construction contract, it is therefore

    ORDERED that the defendant will respond to the complaint on or before December 22, 2008, and if the response includes counterclaims, the plaintiff will answer the counterclaims within 20 days after service and in all other respects this civil action is stayed for 60 days.

    DATED: December 10th, 2008.

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge