IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02077-RPM-KLM

VAIL DOVER ASSOCIATES, LLC,

    Plaintiff,

v.

THE WEITZ COMPANY, LLC,

    Defendant.

---

ORDER GRANTING UNOPPOSED MOTION FOR CLARIFICATION OR
ALTERNATIVELY FOR EXTENSION OF TIME

---

The Court having reviewed The Weitz Company, LLC.s (.Weitz.) Unopposed Motion for Clarification or Alternatively for Extension of Time and being fully advised in the premises, it is

ORDERED, that the deadline to file third-party claims without leave of Court is subject to the stay, and Weitz shall have ten days from the day the stay is lifted to file such third-party claims without leave of Court.

DATED: January 8th, 2009.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge