IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02077-RPM

VAIL DOVER ASSOCIATES, LLC,

    Plaintiff,
v.

THE WEITZ COMPANY, LLC,

    Defendant/Third-Party Plaintiff,
v.

AMERICAN CONTRACTORS INDEMNITY COMPANY,

    Third-Party Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **April 28, 2009, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on April 23, 2009.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: March 3rd, 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge