IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.  08-cv-02077-RPM**

VAIL DOVER ASSOCIATES, LLC,

      Plaintiff,

v.

THE WEITZ COMPANY, LLC,

      Defendant/Third-Party Plaintiff,

v.

AMERICAN CONTRACTORS INDEMNITY COMPANY,

      Third-Party Defendant.

      and

**Civil Action No. 08-cv-02663-RPM**

THE WEITZ COMPANY, LLC,

      Plaintiff,

v.

VAIL DOVER ASSOCIATES, LLC, and
AMERICAN CONTRACTORS INDEMNITY COMPANY,

      Defendants.
_____

ORDER OF CONSOLIDATION
_____

      Pursuant to the discussion with counsel at the scheduling conference held today in Civil Action No. 08-cv-02077-RPM and it appearing that these two civil actions are directly related and it also appearing that mediation is not anticipated, it is now

      ORDERED that these civil actions are consolidated for all purposes and the scheduling order to be entered as a result of today's scheduling conference shall be the scheduling order for the consolidated cases.

      DATED: April 28th, 2009

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge