IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02077-RPM
(Cons. w/Civil Action No. 08-cv-02663-RPM)

VAIL DOVER ASSOCIATES, LLC,

    Plaintiff,

v.

THE WEITZ COMPANY, LLC,

    Defendant/Third-Party Plaintiff,

v.

AMERICAN CONTRACTORS INDEMNITY COMPANY,
ENCORE ELECTRIC, INC., and
MTECH MECHANICAL TECHNOLOGIES GROUP, INC.,

    Third-Party Defendants.

.
_____

ORDER GRANTING MOTION TO AMEND THIRD-PARTY COMPLAINT
_____

Upon consideration of The Weitz Company, LLC's Motion for Leave to Amend Its Third-Party Complaint [32] and the Notice of Non-Opposition to Motion for Leave to Amend Third-Party Complaint [33], it is

ORDERED that the motion is granted and The Weitz Company, LLC's Counterclaim and First Amended Third-Party Complaint attached thereto is accepted for filing.

DATED: July 1st, 2009

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge